| | |
|---|---|
| Daniel C. Girard (State Bar No. 114826) | Tiffany Cheung (State Bar No. 211497) |
| Simon S. Grille (State Bar No. 294914) | Lucia Xochiquetzal Roibal (State Bar No 306721) |
| GIRARD SHARP LLLP | MORRISON & FOERSTER LLP |
| 601 California Street, Suite 1400 | 425 Market Street |
| San Francisco, California 94108 | San Francisco, California 94105 |
| Telephone: (415) 981-4800 | Telephone: (415) 268-7315 |
| Facsimile: (415) 981-4800 | Facsimile: (415) 268-7522 |
| *dgirard@girardsharp.com* | tcheung@mofo.com |
| *sgrille@girardsharp.com* | lroibal@mofo.com |

*Counsel for Petitioner*

Adam J. Hunt (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 336-4341
Facsimile: (212) 468-7900
AdamHunt@mofo.com

*Counsel for Respondent*

IT IS SO ORDERED
/s/ Kandis Westmore
Judge Kandis Westmore
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELTON BOLLINGER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　Respondent. | Case No. 4:19-cv-01451-KAW<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED R CIV P 41(a)** |

JOINT STIPULATION OF DISMISSAL
CASE NO. 4:19-cv-01451-KAW

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner Shelton Bollinger and Respondent Uber Technologies, Inc. hereby stipulate to dismiss, without prejudice, each claim and count asserted by Petitioner against Respondent in the above-styled action, with each party to bear its own costs and attorneys' fees.

Dated: April 19, 2019                                 Respectfully submitted,

                                                      By:     /s/ *Simon S. Grille*
                                                      Daniel C. Girard (State Bar No. 114826)
                                                      Simon S. Grille (State Bar No. 294914)
                                                      GIRARD SHARP LLLP
                                                      601 California Street, Suite 1400
                                                      San Francisco, California 94108
                                                      Telephone: (415) 981-4800
                                                      Facsimile: (415) 981-4800
                                                      *dgirard@girardsharp.com*
                                                      *sgrille@girardsharp.com*

.
                                                      *Counsel for Petitioner*

Dated: April 19, 2019                                 By:    */s/ Adam J. Hunt*

                                                      Tiffany Cheung
                                                      Lucia Xochiquetzal Roibal
                                                      Morrison & Foerster LLP
                                                      425 Market Street
                                                      San Francisco, California 94105
                                                      Telephone:  (415) 268-7315
                                                      Facsimile:  (415) 268-7522
                                                      tcheung@mofo.com
                                                      lroibal@mofo.com

                                                      Adam J. Hunt, *pro hac vice*
                                                      Morrison & Foerster LLP
                                                      250 West 55th Street
                                                      New York, New York 10019-9601
                                                      Telephone: (212) 336-4341
                                                      Facsimile: (212) 468-7900
                                                      AdamHunt@mofo.com

*Counsel for Respondent*

**ATTESTATION**

I, Simon S. Grille, am the ECF user whose identification and password are being used to file this Joint Stipulation of Dismissal. I attest under penalty of perjury that concurrence in this filing has been obtained from all signatories above.

Dated:  April 19, 2019                                      */s/ Simon S. Grille*